JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAED SAMANDARYMATOF and SANDRA STOREY o/b/o POINT TO POINT LIMO, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY and SOUTH BAY FORD, INC., <br><br> Defendants. | Case No.: 2:18-cv-09138-FMO-RAO <br><br> **ORDER ON STIPULATION [21] GRANTING DISMISSAL** |

# ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

The action is dismissed with prejudice as against all Defendants pursuant to FRCP 41(a)(1)(A).

**IT IS SO ORDERED.**

Dated: April 11, 2019

/s/
_____
Fernando M. Olguin
United States District Judge